# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **LINDA WOLFE SMITH** : | |
| : | |
| : | |
| vs. : | **CIVIL ACTION** |
| : | **NO.** 1:06-cv-01032-JOF |
| : | |
| **THE ATLANTA INDEPENDENT** : | |
| **SCHOOL DISTRICT** : | |

## ORDER ADMINISTRATIVELY CLOSING ACTION

The Court having been advised by counsel for the parties that the above entitled action has been settled, but it appearing that documentation of settlement has not been concluded, IT IS ORDERED that the action is DISMISSED without prejudice, and it is not necessary that the case remain on the calendar of the Court at this time. The Court retains complete jurisdiction to vacate this Order and to reopen the action if necessary. If the Court receives no motion to vacate or no motion to extend the time to file the motion to vacate within SIXTY (60) DAYS of the date of this Order, the dismissal shall be with prejudice.

IT IS FURTHER ORDERED that the Clerk forthwith serve copies of this Order by United States mail upon the attorneys for the parties appearing in this action.

IT IS SO ORDERED this the 31st day of July, 2009.

/S/ J. Owen Forrester
J. OWEN FORRESTER
SENIOR UNITED STATES DISTRICT JUDGE